■ MARGARET LESNIKOWSKI, as Administratrix of the Estate of SIGMUND B. LESNIKOWSKI, Deceased, Respondent, v AVIS RENT-A-CAR SYSTEMS, INC., Appellant, et al., Defendant.—In a negligence action to recover damages for wrongful death and conscious pain and suffering, defendant Avis Rent-A-Car Systems, Inc., appeals from a judgment of the Supreme Court, Richmond County, entered March 27, 1975, upon a jury verdict in favor of plaintiff in the amount of $918,000 on the cause of action for wrongful death and $120,000 on the cause of action for conscious pain and suffering. Judgment reversed, on the law, and as between plaintiff and appellant action severed and new trial granted upon the issue of damages only, with costs to abide the event, unless within 20 days after entry of the order to be made hereon, plaintiff shall serve and file in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict on the cause of action for wrongful death to $500,000 and to reduce the verdict on the cause of action for conscious pain and suffering to $10,000, and to the entry of an amended judgment accordingly, in which event the judgment, as so reduced and amended, is affirmed, without costs or disbursements. No questions of fact were presented on this appeal. The verdicts were excessive to the extent indicated herein. Hopkins, Acting P. J., Latham, Christ and Hawkins, JJ., concur.

■ ANNA M. LEVY, Respondent, v HERBERT LEVY, Appellant.—The attorneys for the respective parties on this appeal from stated portions of an order of the Supreme Court, Nassau County, dated November 24, 1975, have agreed, after a conference held before Hon. Harry Gittleson on January 15, 1976, that the appeal be withdrawn, and they thereupon signed a stipulation to such effect, which stipulation contains certain other provisions. In accordance with the foregoing, the appeal is deemed withdrawn, without costs or disbursements, and it is further ordered that the action proceed to trial on February 20, 1976. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.

■ ROBERT MARINACE, Appellant, v JOSEPHINE MARINACE, Respondent. —The respective attorneys for the parties on this appeal from an order of the Supreme Court, Nassau County, entered November 7, 1975, have agreed, after a conference held before Hon. Harry Gittleson on January 5, 1976, that the appeal be withdrawn, and they thereupon signed a memorandum to such effect, which memorandum reflects the suggestion by Hon. Harry Gittleson, made at the said conference, that respondent refrain from communicating with the appellant's present or past employers, directly or indirectly, without prejudice, however, to the right of her attorneys, or their agents, to have such communication with said present or past employers. In accordance with the foregoing, the appeal is deemed withdrawn, without costs or disbursements. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.